IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RW DEVELOPMENT, LLC** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:12-cv-00224-HSO-RHW |
| | § | |
| **CUNINGHAM GROUP** | § | |
| **ARCHITECTURE, INC.** | § | **DEFENDANT** |

## FINAL JUDGMENT

This matter came on to be heard on the Motion [12] to Enforce Arbitration Agreement and to Dismiss, or Alternatively, Stay Action, filed by Defendant, Cuningham Group Architecture, Inc. The Court, after a full review and consideration of the parties' submissions, the relevant pleadings on file, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that, the Motion [12] to Enforce Arbitration Agreement and to Dismiss, or Alternatively, Stay Action, filed by Defendant, Cuningham Group Architecture, Inc., is **GRANTED**. The parties are to submit the issues raised in this suit to arbitration.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, this case is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 5th day of December, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE