IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RW DEVELOPMENT, LLC**                                                                **PLAINTIFF**

v.                                                                Civil No. 1:12-cv-00224-HSO-RHW

**CUNINGHAM GROUP
ARCHITECTURE, INC.**                                                                **DEFENDANT**

## AMENDED FINAL JUDGMENT

In accordance with the Court's Order entered this date, judgment is rendered in favor of Defendant Cuningham Group Architecture, Inc., and against Plaintiff RW Development, LLC, in the sum of $206,549.97, with postjudgment interest accruing at the legal rate pursuant to 28 U.S.C. § 1961(a), computed daily and compounded annually until judgment is paid in full.  This Civil Action is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 1st day of August, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE